UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 -MAG-1423     ( ) ( )

Waliek Vereen

Defendant(s).
-------------------------------------------------------------------X

Defendant ___Waliek Vereen_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


*Waliek Vereen*                                *Marisa K. Cabrera*
_____                _____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Waliek Vereen_____              _Marisa K. Cabrera_____
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 20, 2020____
Date

_____
JAMES L. COTT
United States Magistrate Judge